Mark A. Gardberg, Esq.
Nevada Bar No. 10879
Robert L. Rosenthal, Esq.
Nevada Bar No. 6476
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169
Tel. (702) 257-1483
Email : mg@h2law.com
Email : rr@h2law.com
Email: jwf@h2law.com

*Attorneys for Plaintiffs
Cassandra Hazen and Paul Hazen*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| CASSANDRA HAZEN, an individual, and PAUL HAZEN, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LUGANO DIAMONDS & JEWELRY INC., a California for-profit corporation; DOES 1 – 10, inclusive; and ROE CORPORATIONS 1 – 10, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01132-JAD-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME**<br><br>(First Request) |

Plaintiffs Cassandra Hazen and Paul Hazen (together "Plaintiffs") and Defendant Lugano Diamonds & Jewelry Inc. ("Defendant") stipulate and request the Court's permission to extend the date for Plaintiffs to respond to Defendant's motion to dismiss, filed on July 31, 2025 (ECF No. 6), from the current deadline of August 14, 2025 to August 28, 2025 and, in support of their stipulation state the following:

1.   Plaintiffs filed their Complaint on June 24, 2025. (ECF No. 1.)

2.   Defendant was served with the Complaint on June 30, 2025. (ECF No. 5.)

3.   Defendant filed its motion to dismiss the Complaint on July 31, 2025. (ECF No. 6.) The motion to dismiss raises issues concerning whether the Court has personal jurisdiction over Defendant and whether the Complaint states a claim upon which relief can be granted.

1

4. Plaintiffs' response to the motion is currently due on August 14, 2025.

5. Plaintiffs have requested, and Defendant has agreed, to extend the time for Plaintiffs to respond to the motion, from August 14, 2025 to August 28, 2025 to accommodate the fact that: (1) Plaintiffs' counsel, Mr. Gardberg, is presently out of the country and cannot attend to preparing the response at this time; (2) Plaintiffs' counsel, Mr. Rosenthal, is imminently in need of surgery and cannot attend to preparing the response at this time; and (3) and Plaintiffs' counsel, Mr. Fountain, was first informed of this civil action and the pending motion on August 12, 2025, and requires sufficient time to investigate the legal and factual issues raised in the motion, to communicate with Plaintiffs, and to prepare a response.

6. Accordingly, good cause exists for the requested extension. This is the first request for an extension of time for Plaintiffs to respond to the motion to dismiss. It is sought in good faith and not for purposes of undue delay.

**IT IS SO AGREED AND STIPULATED:**

| HOWARD & HOWARD ATTORNEYS PLLC | HARTWELL THALACKER, LTD. |
|---|---|
| By: /s/ Jonathan W. Fountain<br>Mark A. Gardberg, Esq.<br>Nevada Bar No. 10879<br>Robert L. Rosenthal, Esq.<br>Nevada Bar No. 6476<br>Jonathan W. Fountain, Esq.<br>Nevada Bar No. 10351<br>3800 Howard Hughes Pkwy., Suite 1000<br>Las Vegas, Nevada 89169<br>Tel. (702) 257-1483<br>Email : mg@h2law.com<br>Email : rr@h2law.com<br>Email: jwf@h2law.com<br><br>*Attorneys for Plaintiffs*<br>*Cassandra Hazen and Paul Hazen* | By: /s/ Doreen Spears Hartwell<br>Doreen Spears Hartwell, Esq.<br>Nevada Bar No. 7525<br>Laura J. Thalacker, Esq.<br>Nevada Bar No. 5252<br>11920 Southern Highlands Pkwy., Suite 201<br>Las Vegas, Nevada 89141<br>Tel. (702) 850-1074<br>Email : Doreen@HartwellThalacker.com<br>Email : Laura@HartwellThalacker.com<br><br>*Attorneys for Defendant*<br>*Lugano Diamonds & Jewelry Inc.* |

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 8/15/2025

2

4904-3548-0670, v. 1