Mark A. Gardberg, Esq.
Nevada Bar No. 10879
Robert L. Rosenthal, Esq.
Nevada Bar No. 6476
Jonathan W. Fountain, Esq.
Nevada Bar No. 10351
HOWARD & HOWARD ATTORNEYS PLLC
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169
Tel. (702) 257-1483
Email : mg@h2law.com
Email : rr@h2law.com
Email: jwf@h2law.com

*Attorneys for Plaintiffs*
*Cassandra Hazen and Paul Hazen*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

CASSANDRA HAZEN, an individual, and PAUL HAZEN, an individual,

Plaintiffs,

v.

LUGANO DIAMONDS & JEWELRY INC., a California for-profit corporation; DOES 1 – 10, inclusive; and ROE CORPORATIONS 1 – 10, inclusive,

Defendants.

Case No. 2:25-cv-01132-JAD-BNW

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Cassandra Hazen and Paul Hazen hereby dismiss this action without prejudice.

Dated: this 28th day of August 2025

HOWARD & HOWARD ATTORNEYS PLLC

By: /s/ Jonathan W. Fountain
Mark A. Gardberg, Esq.
Robert L. Rosenthal, Esq.
Jonathan W. Fountain, Esq.
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169
Tel. (702) 257-1483
Email : mg@h2law.com
Email : rr@h2law.com
Email: jwf@h2law.com

*Attorneys for Plaintiffs*
*Cassandra Hazen and Paul Hazen*





HOWARD & HOWARD ATTORNEYS PLLC